1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7264
6  Facsimile:  (415) 436-6748
   Email: abraham.simmons@usdoj.gov   E-filing
7
   Attorneys for Federal Defendants
8  Dr. Brian Cason and Irving Spivey

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  ANTHONY CHRISANTHIS,              )
                                      )   Case No. C             472
13                    Plaintiff,      )
                                      )
14         v.                         )   CERTIFICATION PURSUANT
                                      )   TO 28 U.S.C. § 2679(d)       JL
15  DR. BRIAN CASON, IRVING SPIVEY,   )
    and DOES 1 TO 10,                 )
16                                    )
                      Defendants.     )
17  _____    )

18      I, Joann M. Swanson, hereby certify as follows:

19      1.   I am the Chief of the Civil Division of the United States Attorney's Office for the

20  Northern District of California. Pursuant to direction from the United States Attorney for the

21  Northern District of California, I have been authorized to exercise on behalf of the United States

22  Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify

23  pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was

24  acting within the course and scope of his or her employment with reference to the matters alleged in

25  the suit.

26      2.   I have reviewed the complaint in the above-captioned action. On the basis of that

27  complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C.

28
    CERTIFICATION PURSUANT TO
    28 U.S.C. § 2679(d)
    *Chrisanthis v. Cason et al.*           -1-

1 | § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that federal
2 | defendants Dr. Brian Cason and Irving Spivey were acting within the course and scope of their
3 | employment with the U.S. Department of Veterans Affairs.

6 | Dated: May 12, 2008

*[signature]*
JOANN M. SWANSON
Chief, Civil Division

CERTIFICATION PURSUANT TO
28 U.S.C. § 2679(d)
*Chrisanthis v. Cason et al.*                    -2-