1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
    Telephone: (415) 436-7264
6   Facsimile:   (415) 436-6748
    Email: abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8  Dr. Brian Cason and Irving Spivey

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  ANTHONY CHRISANTHIS,              )
                                      )        Case No. C 08-2472 JL
13                   Plaintiff,       )
                                      )
14         v.                         )        **PROOF OF SERVICE**
                                      )
15  DR. BRIAN CASON, IRVING SPIVEY,   )
    and DOES 1 TO 10,                 )
16                                    )
                     Defendants.      )
17  _____ )

18         The undersigned hereby certifies that she is an employee of the Office of the United States

19  Attorney for the Northern District of California and is a person of such age and discretion to be

20  competent to serve papers.  The undersigned further certifies that on May 14, 2008 she caused a copy

21  of:

22         Notice Of Removal and Certification Pursuant to 28 U.S.C. § 2679(d) filed May 14, 2008;

23         Order Setting Initial Case Management Conference and ADR Deadlines filed May 14, 2008;
           Standing Order for Magistrate Judge James Larson; Standing Orders; Standing Order For All
24         Judges of the Northern District of California;

25         Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To
           Proceed Before A United States Magistrate Judge; Declination to Proceed Before A
26         Magistrate Judge And Request For Reassignment To A United States District Judge;

27         ECF Registration Information Handout;

28
   PROOF OF SERVICE
   *Chrisanthis v. Cason et al.*
   C 08-2472 JL                    -1-

1    Welcome To The U.S. District Court, San Francisco; and

2    Proof of Service

3    to be served upon the person at the place and address stated below, which is the last known address:

4    **John E. Stringer, Esq.**
    **259 Oak Street**
5    **San Francisco, CA 94102**

6    I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing is true and correct.

8    Executed this <u>14th</u> day of May 2008 at San Francisco, California.

9

10

11    _____
    /s/
    ELSIE SATO
12    Paralegal Specialist

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28