1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7264
6      Facsimile:    (415) 436-6748
       Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   ANTHONY CHRISANTHIS,              )    No. C 08-2472 JL
12                                   )
                    Plaintiff,       )    **DEFENDANTS' NOTICE**
13                                   )    **OF RELATED CASE**
           v.                        )
14                                   )
   DR. BRIAN CASON, IRVING SPIVEY,   )
15 and DOES 1 TO 10,                 )
                                     )
16                  Defendants.      )
                                     )
17

18         TO THE PARTIES AND THE COURT: Defendants believe this case, <u>Anthony

19 Chrisanthis v. Dr. Brian Cason, Irving Spivey and Does 1 To 10</u>, Civil No. 08-2472 JL, is related

20 to the following case:

21         <u>Anthony Chrisanthis v. R. James Nicholson, et al.</u>, Civil No. 07-0566 WHA.

22         These cases involve substantially the same parties and events or facts.  In the previous

23 case, plaintiff brought various state law and federal claims challenging the working conditions he

24 alleged led to his resignation.  In this case, plaintiff again sues many of the same defendants

25 under various state law theories challenging the terms of his resignation.  This time plaintiff also

26 seeks reinstatement on the basis of an additional application for employment.

27         Because of the similarity of these cases defendants believe there would be an unduly

28 burdensome duplication of labor and expense if the cases are conducted before different judges

1  and assignment to a single judge is likely to conserve judicial resources and promote an efficient
2  determination of the current action.

3                                                              Respectfully submitted,

4                                                              JOSEPH P. RUSSONIELLO
                                                               United States Attorney
5

6

7  Dated: May 22, 2008                                                    /s/
                                                               ABRAHAM A. SIMMONS
8                                                              Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Related Case
C 08-2472                                    2