1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-7264
6  Facsimile:   (415) 436-6748
   Email:       abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   ANTHONY CHRISANTHIS,            )    No. C 08-2472 JL
12                                 )
                 Plaintiff,        )    **DECLINATION TO PROCEED**
13                                 )    **BEFORE MAGISTRATE JUDGE AND**
             v.                    )    **REQUEST FOR REASSIGNMENT TO**
14                                 )    **A UNITED STATES DISTRICT JUDGE**
   DR. BRIAN CASON, IRVING SPIVEY, )
15 and DOES 1 TO 10,               )
                                   )
16               Defendants.       )
                                   )
17

18       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19       The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21 this case to a United States District Judge.

22                                          Respectfully submitted,

23                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
24

25

26 Dated: May 22, 2008                              /s/
                                            ABRAHAM A. SIMMONS
27                                          Assistant United States Attorney

28