UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CHRISANTHIS

      Plaintiff(s),                    No. 08-02472 JL

    v.                           NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

BRIAN CASON

      Defendant(s).

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for August 20, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  May 23, 2008

Richard W. Wieking, Clerk
United States District Court

_Wings Hom_

By: Wings Hom, Deputy Clerk

reassig1.DCT                         1