1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
5      Telephone:  (415) 436-7264
       Facsimile:   (415) 436-6748
6      Email:       abraham.simmons@usdoj.gov
   Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANTHONY CHRISANTHIS, | ) | No. C 08-2472 WHA |
|     Plaintiff, | ) | |
|     v. | ) | [Appendix D - Local Rules effective 1/1/01] |
| DR. BRIAN CASON, IRVING SPIVEY, and DOES 1 TO 10, | ) | |
|     Defendants. | ) | |

The parties have not yet reached an agreement to an ADR process. Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference. Last day to file Joint Case Management Statement is August 14, 2008. The date of the Initial Case Management Conference is August 21, 2008. The following counsel will participate in the ADR phone conference: AUSA Abraham Simmons for defendants (see above for contact information). Plaintiff is represented by John Stringer, (p) 415- 934-1827; (fax) 415-934-0899.

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

For court use only:

**ADR Phone Conference Date:** _____    **Time:** _____
                                                                                                                            **AM/PM**

For scheduling concerns, call 415-522-2199.

**Date:** _____    _____
                                                      **ADR Case Administrator**