1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, 9th Floor
5        San Francisco, California 94102-3495
         Telephone:    (415) 436-7264
6        Facsimile:    (415) 436-6748
         Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  ANTHONY CHRISANTHIS,              )    No. C 08-2472 WHA
                                      )
13                    Plaintiff,      )
                                      )    DEFENDANT'S INITIAL CASE
14            v.                      )    MANAGEMENT CONFERENCE
                                      )    STATEMENT
15  DR. BRIAN CASON, IRVING SPIVEY,   )
    and DOES 1 TO 10,                 )    Date:      August 21, 2008
                                      )    Time:      11:00 a.m.
16                    Defendants.     )    Ctrm:      9, 19th Floor
    _____   )    Before:    Hon. William H. Alsup
17

18          Defendant[1] in the above-entitled action submits this Case Management Statement and
19
    Proposed Order and requests the Court to adopt it as its Case Management Order in this case.
20
                            **DESCRIPTION OF THE CASE**
21
            1.  A brief description of the events underlying the action:
22
            Plaintiff Anthony Chrisanthis is a former employee of the Department of Veterans Affairs
23
    Medical Center in San Francisco ("VA").   This is his second lawsuit against his former
24
    supervisors at the VA.  On January 26, 2007, he filed suit in the Northern District of California
25
    against Dr. Brian Cason, Irving Spivey and the Secretary of the Department of Veterans Affairs.
26
    At that time, he charactered his departure as a constructive discharge and generally challenged
27

28
    _____
           [1]    Defendant attempted to file a joint statement but was advised that plaintiff's
    counsel would not be available to review and respond to a proposed statement until Friday,
    August 15, 2009.  Defendant anticipates filing a joint statement at that time.

1  the circumstances under which his employment with the VA came to an end.  On September 25,

2  2007, this Court granted the defendants' motion to dismiss all of the claims in plaintiff's

3  amended complaint.  Plaintiff did not appeal the ruling.

4        In this case, plaintiff again names Dr. Brian Cason and Irving Spivey as defendants (as

5  well as Does 1-10) and again makes the basic claim that he was entitled to continued

6  employment with the VA.  Rather than claim he was forced to retire, he now claims he relied

7  upon statements by his supervisors that he would be re-employed after he no longer was disabled.

8  He alleges the defendants' scheme to promise him re-employment in 2004 and then to refuse to

9  re-employ him in 2006 is a breach of contract, fraudulent, constitutes a wrongful discharge and

10  resulted in compensable emotional distress.  Plaintiff has failed to file a timely response to

11  defendants' motion to dismiss this case.

12        2.  The principal factual issues which the parties dispute:

13            a.      Whether plaintiff engaged in protected activity by opposing illegal

14                    practices;

15            b.      Whether plaintiff entered into a contract with defendants regarding

16                    reapplication to the VA;

17            c.      Whether plaintiff was terminated (or failed to get rehired) for some illegal

18                    reason;

19            d.      Whether plaintiff can establish the facts required under any of his causes

20                    of action.

21        3.  The principal legal issues which the parties dispute:

22            a.      Whether this case should be dismissed for failure to prosecute, on grounds

23                    of res judicata of for failure to state a claim upon which relief can be

24                    granted;

25            b.      Whether plaintiff's contract with defendants, if there was one, was legally

26                    enforceable;

27            c.      Whether plaintiff's claims are preempted by federal law.

28            d.      What is the appropriate remedy.

1    4.  The other factual issues [*e.g. service of process, personal jurisdiction, subject matter*

2    *jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties

3    propose to resolve those issues:

4    The proper defendant, if there is one, appears to be the United States.

5    5.  The parties which have not been served and the reasons:

6    United States.  Plaintiff has sued the wrong defendant.

7    6.  The additional parties which the below-specified parties intend to join and the

8    intended time frame for such joinder:

9    N/A

10    7.  The following parties consent to assignment of this case to a United States Magistrate

11    for [*court or jury*] trial:

12    N/A

13    **ALTERNATIVE DISPUTE RESOLUTION**

14    8. [Please indicate the appropriate response(s).]

15    ❏    The case was automatically assigned to Nonbinding Arbitration at filing and will be ready

16    for the hearing by *(date)* _____.

17    ❏    The parties hereby Stipulate to the selection of the following ADR process (specify

18    process):    _____.

19    ❏    The parties have not filed a Stipulation and Proposed Order Selecting an ADR process

20    and the ADR process that the parties jointly request [or a party separately requests] is

21    _____.

22    ❏    A telephonic conference is scheduled for August 20, 2008.

23    9.  Please indicate any other information regarding ADR process or deadline.

24    **DISCLOSURES**

25    10.  The parties certify that they have made the following disclosures [*list disclosures of*

26    *persons, documents, damage computations and insurance agreements*]: N/A

27    **DISCOVERY**

28    11.  The parties agree to the following discovery plan [*Describe the plan e.g., any*

Defendant's Initial CMC Statement
C 08-2472 WHA                                3

1  *limitation on the number, duration or subject matter for various kinds of discovery; discovery*

2  *from experts; deadlines for completing discovery*]:

3      Defendant requests discovery under the federal rules.

4                          **TRIAL SCHEDULE**

5      12.  The parties request a trial date as follows:

6          Defendant requests a trial date of August 2009 if any of plaintiff's claims survive.

7      13.  The parties expect that the trial will last for the following number of days:

8          Defendant estimates a three day jury trial, if this case is permitted to proceed.

9                          JOSEPH P. RUSSONIELLO
                           United States Attorney

10

11

Dated:_____        _____
12                          ABRAHAM A. SIMMONS
                           Assistant United States Attorney
13                          Attorneys for Defendant

14

                       **CASE MANAGEMENT ORDER**
15

      The Case Management Statement and Proposed Order is hereby adopted by the Court as
16

the Case Management Order for the case and the parties are ordered to comply with this Order.
17

In addition the Court orders: [*The Court may wish to make additional orders, such as:*
18

      a.  *Referral of the parties to court or private ADR process;*
19

      b.  *Schedule a further Case Management Conference;*
20

      c.  *Schedule the time and content of supplemental disclosures;*
21

      d.  *Specially set motions;*
22

      e.  *Impose limitations on disclosure or discovery;*
23

      f.  *Set time for disclosure of identity, background and opinions of experts;*
24

      g.  *Set deadlines for completing fact and expert discovery;*
25

      h.  *Set time for parties to meet and confer regarding pretrial submissions;*
26

      i.  *Set deadline for hearing motions directed to the merits of the case;*
27

      j.  *Set deadline for submission of pretrial material;*
28

1        *k.  Set date and time for pretrial conference;*

2        *l.  Set a date and time for trial.]*

3

4

5   Dated:_____        _____

6                             William H. Alsup
                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 14, 2008

_____
ABRAHAM A. SIMMONS
Assistant United States Attorney

Defendant's Initial CMC Statement
C 08-2472 WHA                    6