JOHN E. STRINGER sbn #194556 (415)934-1827 FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Anthony Chrisanthis

FILED
08 AUG 19 PM 3:32

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CHRISANTHIS, Petitioner | CASE NO. C 08-2472 WHA |
| v. | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| DR. BRIAN CASON, IRVING SPIVEY, Does 1 to 10, Defendants | Date: 8-21-08<br>Time: 11:00 a.m.<br>Dept: 9, 19th Floor |

Plaintiff adopts Defendants' Case Management Statement as a joint filing.

1. Plaintiff expects to amend his complaint prior to the 9-11-08 hearing on Defendants' Motion to Dismiss.

2. Plaintiff anticipates extensive discovery if Plaintiff's claims survive the pending hearing.

3. Plaintiff requests that the Case Management conference be continued until after the 9-11-08 hearing.

Date: 8-19-08            Respectfully Submitted,



John E. Stringer, Attorney for Plaintiff

Case Management Statement-Chrisanthis

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 259 Oak Street, San Francisco, CA 94102. On the date indicated below, I served the following document(s):

PLAINTIFF'S CASE MANAGEMENT STATEMENT

upon the following at the address)es) stated below:

ABRAHAM A. SIMMONS, ASSISTANT UNITED STATES ATTORNEY, 450 GOLDEN GATE AVENUE, 9TH FLOOR, SAN FRANCISCO, CA 94102

__ **BY MAIL** by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.

__ **BY PERSONAL SERVICE** in accordance with ordinary business practices during ordinary business hours.

X **BY FAX** at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (415)934-0899 at San Francisco, CA. The record of the transmission was properly issued by the transmitting fax machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on
8-19-08 , at San Francisco, CA.

(415)436-6748

John E. Stringer, Attorney at Law