# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>August 21, 2008</u>

Case No.  <u>C 08-02472  WHA</u>

Title: <u>ANTHONY CHRISANTHIS</u> v. <u>DR. BRIAN CASON</u>

Plaintiff Attorneys: John Stringer

Defense Attorneys: Abraham Simmons

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

## **<u>PROCEEDINGS</u>**

1)   <u>CMC - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26): 9/26/08

Discovery Cutoff: 5/29/09

Designation of Experts: 5/29/09

Last Day to File Motion: 7/2/09


Continued to _ for Further Case Management Conference

Continued to  **8/17/09 at 2:00pm**  for Pretrial Conference

Continued to  **9/8/09 at 7:30am**  for Jury Trial


**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation