JOHN E. STRINGER sbn #194556  (415)934-1827 FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Anthony Chrisanthis

FILED
08 AUG 25 PH 3:27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY CHRISANTHIS,           )    CASE NO. C 08-2472 WHA
Petitioner                     )
                               )    REQUEST FOR LEAVE TO FILE
        v.                     )    LATE RESPONSE
                               )
DR. BRIAN CASON,               )    Date: 9-11-08
IRVING SPIVEY,                 )    Time: 09:00 a.m.
Does 1 to 10,                  )    Dept: 9, 19th Floor
Defendants                     )
                               )
_____)

Plaintiff respectfully this Court consider and grant Plaintiff's request for leave to file a late response to Defendants' Motion to Dismiss/Summary Judgment.

1. Defendants' Motion to Dismiss/Summary Judgment is very detailed and complex and requires additional time for Plaintiff to either fully respond or file an amended complaint.

2. I am a sole practitioner and do not have the resources of a secretary, or legal assistant to assist in the preparation of Plaintiff's response.

3. Granting Plaintiff additional time to respond will not prejudice Defendants in that Defendants have the full resources of the U.S. Attorneys Office to utilize in Defendants' reply brief.

4. Plaintiff requests that the Court grant Plaintiff until close of business on

9-2-08 to respond to Defendant's motion.

5. For the above-stated reasons, Plaintiff respectfully requests the Court to grant Plaintiff's request for leave to file a late response.

Date: 9-25-08          Respectfully Submitted,

_____
John E. Stringer, Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 259 Oak Street, San Francisco, CA 94102. On the date indicated below, I served the following document(s):

Plaintiff's Request for Leave to File a Late Response

upon the following at the address)es) stated below:

Abraham A. Simmons, Assistant U.S. Attorney, 450 Golden Gate Avenue, San Francisco, CA 94102

__BY MAIL by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.

__BY PERSONAL SERVICE in accordance with ordinary business practices during ordinary business hours.

X BY FAX at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (415)934-0899 at San Francisco, CA. The record of the transmission was properly issued by the transmitting fax machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 8-25-08 _____, at San Francisco, CA.

(415)436-6748

_____
John E. Stringer, Attorney at Law