IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISANTHIS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DR. BRIAN CASON, IRVING SPIVEY,<br>and DOES 1 to 10,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 08-02472 WHA<br><br>**ORDER GRANTING<br>REQUEST FOR LEAVE TO<br>FILE LATE RESPONSE** |

The hearing for defendants' motion to dismiss was set for September 11, 2008. Pursuant to Civil Local Rule 7-3, any opposition to a motion must be served and filed not less than 21 days before the hearing date. That meant the opposition was due on August 21, 2008. Plaintiff's counsel was even present for a case management conference on that date. No opposition was forthcoming. On August 22, defendants then filed their "reply and notice of non-receipt of opposition to motion to dismiss or, in the alternative, for summary judgment" (Dkt. No. 24). There was no response until August 25, when plaintiff's counsel requested leave to file a late response, saying that he was a sole practitioner who did not have the resources to prepare for and to fully respond to defendants' motion by the original deadline. Despite the untimeliness of plaintiff's response, the request is **GRANTED**.

Plaintiff's opposition brief is due **SEPTEMBER 2, 2008**. Defendants' reply is due **SEPTEMBER 9, 2008**. The hearing is reset to **THURSDAY, SEPTEMBER 18, 2008, AT 8:00 A.M. NO FURTHER EXTENSIONS WILL BE GRANTED.** Plaintiff's counsel is reminded to abide by the deadlines set forth in the Civil Local Rules, as is expected of law firms and sole practitioners alike.

**IT IS SO ORDERED.**

Dated: August 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2