**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISANTHIS, | No. C 08-02472 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING MOTION HEARING** |
| DR. BRIAN CASON, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Motion to Dismiss or, in the Alternative, for Summary Judgment previously set for September 11, 2008 at 8:00 a.m. has been rescheduled for **September 10, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 29, 2008                    FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup