JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CHRISANTHIS,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. BRIAN CASON, IRVING SPIVEY, and DOES 1 TO 10,<br><br>        Defendants. | No. C 08-2472 WHA<br><br>**DEFENDANTS' NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br>**[Fed.R.Civ.P. 12]**<br><br>Date:    September 18, 2008<br>Time:    8:00 a.m.<br>Ctrm:    9, 19th Floor<br>Before:  Hon. William H. Alsup |

On August 7, Defendants in this case filed a motion to dismiss the case or, in the alternative, for summary judgment. The motion pointed out that the complaint was essentially the same as the complaint filed in *Chrisanthis v. Nicholson*, Case No. 07-0566 WHA (N.D.CA) and that the new case should be dismissed for the same reasons and for the additional reason that the case now also is barred by the doctrine of res judicata.

Plaintiff appeared at the August 21, 2008 case management conference, acknowledged the fact that the motion was filed and made statements suggesting that, rather than pursue this lawsuit, he may wish to take other measures and "not waste the Court's time."

Plaintiff's opposition to the motion to dismiss or for summary judgment was due August

1  21, 2008.  Plaintiff filed no response.

2  On August 22, 2008, defendants filed a notice that no opposition was received and
3  requesting that the case be dismissed.  On August 25, 2008, plaintiff requested leave until
4  September 2, 2008, to file a late response to defendant's motion.  On August 28, 2008, the Court
5  granted plaintiff's motion and ordered that no further extensions will be granted.  Plaintiff did not
6  file an opposition brief on or before September 2, 2008.

7  This court should dismiss the new lawsuit with prejudice for the reasons set out in its
8  order filed in *Chrisanthis v. Nicholson*, Case No. 07-0566 WHA (N.D.CA), because the new case
9  is barred by the doctrine of res judicata, because the motion is not opposed and because plaintiff
10 has failed to prosecute this case.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 3, 2008             /s/
ABRAHAM A. SIMMONS
Assistant United States Attorney