JOHN E. STRINGER sbn #194556 (415)934-1827 FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Anthony Chrisanthis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY CHRISANTHIS,
Petitioner

v.

UNITED STATES OF AMERICA, DR. BRIAN CASON, IRVING SPIVEY, Does 1 to 10,
Defendants

CASE NO. C 08-2472 WHA

COMPLAINT FOR DAMAGES; CIVIL RIGHTS VIOLATION

Date: 9-18-08
Time: 08:00 a.m.
Dept: 9, 19th Floor

BY FAX

## FIRST AMENDED COMPLAINT

### INTRODUCTION

This is an amended complaint for damages. Plaintiff Anthony Chrisanthis, hereinafter referred to as Plaintiff, was employed as a respiratory therapist by the United States Department of Veterans Affairs, and supervised by Dr. Brian Cason and Irving Spivey, hereinafter referred to as Defendants, for approximately seventeen years before leaving his position on medical disability. Plaintiff has filed a previous claim in Federal District Court and a complaint with the Equal Opportunity Commission. To date, all complaints have been dismissed. Plaintiff filed a new complaint in San Francisco Superior Court but that complaint was remanded to the Federal District Court. Defendants sought to dismiss this complaint and Plaintiff now

Amended Complaint-Chrisanthis

files the First Amended Complaint.

## JURISDICTION

This action arises under the Constitution of the United States, Fourteenth Amendment, Due Process and Equal Protection Clauses, and Title 42 U.S.C. Section 1983, the Federal Tort Claims Act, and other applicable State of California and Federal statutes, laws, and regulations.

## PARTIES

Plaintiff is a citizen of San Francisco, CA and a former employee of the United States Veterans Administration and Defendants Dr. Brian Cason and Irving Spivey and Does 1 to 10 inclusive.

## INTRADISTRICT ASSIGNMENT

The Northern District, San Francisco Division of the Federal Court is the proper venue for this action as to all events, complaints, filings and/or omissions which gave rise to the claims alleged herein which occurred in San Francisco, CA.

## FACTUAL ALLEGATIONS

1. Prior to 2002 Plaintiff was employed by Defendants at the Veterans Affairs Center at Fort Miley in San Francisco, CA.

2. Prior to 2002 Plaintiff received excellent personnel reviews from Defendants.

3. During 2002 Defendants began to seek Plaintiff's discharge and actively harassed Plaintiff following Plaintiff's complaint to the Occupational Safety and Health Administration (OSHA) of unsafe and dangerous conditions at the Fort Miley Center. The OSHA claim was found valid on 3-12-02 and the unsafe working conditions were corrected. At that time Plaintiff was a "whistleblower"

and Plaintiff's actions were protected under 5 U.S.C. Sec. 2302(b)(8).

Following Plaintiff's OSHA complaint Defendants made conditions so unbearable for Plaintiff that he was forced to end his active employment and take a medical discharge. Defendants conduct did not fall within the scope of the Civil Service Reform Act (CSRA) but does fall within the Federal Tort Claims Act (FTCA). Defendants falsely alleged that Plaintiff had been derelict in his professional duty in the treatment of a patient but in fact conspired and acted in concert to violate Plaintiff's civil rights by attempting to terminate Plaintiff. As a result of Defendants' actions Plaintiff suffered and continues to suffer from severe emotional distress, both negligently and intentionally inflicted. This emotional distress has caused Plaintiff great pain, mental anguish, shock, humiliation and feelings of helplessness and desperation. This course of conduct by Defendants exceeded the personnel and management practices allowed by the CSRA.

4. Defendants continually told Plaintiff he should quit, singled out Plaintiff for unwarranted reprimand, had his medical and personnel records accessed, and denied Plaintiff necessary equipment needed for his for his safety. Defendants informed Plaintiff that Plaintiff would be rehired after his disability subsided. Defendants never intended to rehire Plaintiff and conspired to keep Plaintiff from securing his previous position. Defendants knew the facts surrounding Plaintiff's forced decision to seek disability leave were false and that Defendants sought to discharge Plaintiff and never rehire Plaintiff.

5. Plaintiff's complaint is one of a continuing nature as Plaintiff's emotional

distress continues to become acute.

WHEREFORE, Plaintiff respectfully requests the court to grant the following relief:

A. General compensatory and exemplary damages against all Defendants for the severe emotional and physical distress caused Plaintiff and the violation of Plaintiff's civil rights. The amount of damages to be determined by the Court and/or jury.

B. Such other orders and further relief, including an award of costs and attorney fees as the Court deems just and proper.

## JURY DEMAND

Plaintiff requests a trial by jury.

Date: 9-2-08            Respectfully Submitted,

_____
John E. Stringer, Attorney for Plaintiff

Amended Complaint-Chrisanthis

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 259 Oak Street, San Francisco, CA 94102. On the date indicated below, I served the following document(s):

PLAINTIFF'S FIRST AMENDED COMPLAINT

upon the following at the address)es) stated below:

ABRAHAM A. SIMMONS, ASSISTANT UNITED STATES ATTORNEY, 450 GOLDEN GATE AVENUE, 9TH FLOOR, SAN FRANCISCO, CA 94102

__BY MAIL by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.

__BY PERSONAL SERVICE in accordance with ordinary business practices during ordinary business hours.

X BY FAX at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (415)934-0899 at San Francisco, CA. The record of the transmission was properly issued by the transmitting fax machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 9-2-08 _____, at San Francisco, CA.

(415)436-6748

_____
John E. Stringer, Attorney at Law