1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ANTHONY CHRISANTHIS,                        No. C 08-02472 WHA

11            Plaintiff,

12      v.                                       **ORDER REGARDING
                                                 BRIEFINGS FOR DEFENDANTS'**
13   DR. BRIAN CASON, IRVING SPIVEY,             **MOTION TO DISMISS**
     and DOES 1 to 10,
14
              Defendants.
15   _____/

16

17        On August 4, 2008, defendants filed a "Motion to Dismiss or, in the Alternative, for

18   Summary Judgment."  (Dkt. No. 15).  Plaintiff submitted no opposition.  On August 22, 2008,

19   defendants filed a reply and notice of non-receipt of opposition (Dkt. No. 24).  Upon a request

20   by plaintiff, the Court granted plaintiff leave to file a late response.  Instead of filing an

21   opposition, plaintiff filed a First Amended Complaint, as plaintiff was entitled to do as a matter

22   of course.  Fed. R. Civ. P. 15(a)(1)(A).  The Court re-set the briefing schedule for defendants'

23   motion to dismiss, if defendants were to re-notice it, and set a new hearing date for the motion.

24        Plaintiff filed a request for a continuance of the new briefing schedule and hearing date

25   because plaintiff's attorney had been assigned "lifer" cases at California State Prison-Solano,

26   and plaintiff indicated that the State of California had insufficient time to reassign the matters to

27   a new attorney.  The Court granted the request and rescheduled the hearing for October 30.

28        Defendants noticed a renewed motion to dismiss.  Plaintiff's opposition was due

     October 9.  Plaintiff failed to submit a timely opposition.  On October 10, defendants filed a

**United States District Court**
For the Northern District of California

1   notice of non-receipt of opposition requesting dismissal of the case, *inter alia*, because

2   defendants' motion was unopposed and plaintiff has failed to prosecute the case.  Also on

3   October 10, plaintiff filed its opposition.

4           The Court repeatedly has warned the parties regarding late filings, and plaintiff's

5   opposition to defendants' motion to dismiss was again untimely.  Plaintiff must respond to

6   defendants' notice of non-receipt, request leave to file a late opposition and show cause for its

7   late filing.

8

9           **IT IS SO ORDERED.**

10

11  Dated: October 20, 2008                                    _____

12                                                             WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California