**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ANTHONY CHRISANTHIS,

11          Plaintiff,                                    No. C 08-2472 WHA

12      v.

13   UNITED STATES OF AMERICA,                            **JUDGMENT**
     DR. BRIAN CASON, IRVING SPIVEY,
14   and DOES 1 to 10,

15          Defendants.
                                                    /
16   ————————————————————

17          For the reasons stated in the accompanying order dismissing this action, **FINAL**

18   **JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk

19   **SHALL CLOSE THE FILE**.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  November 7, 2008.                    _____

24                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28